UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY BLAIN, PH.D.,<br><br>       Plaintiff,<br><br> -against-<br><br>STATE UNIVERSITY OF NEW YORK DOWNSTATE MEDICAL CENTER, VITALY CITOVSKY, RICHARD GRONOSTAJSKI, FRANK MIDDLETON, and DAVID CHRISTINI,<br><br>       Defendants. | Case No. 1:22-cv-03022-FB-MMH<br><br>**NOTICE OF WITHDRAWAL** |

**PLEASE TAKE NOTICE** that I, Douglas Wagner, hereby request the withdrawal of my appearance on behalf of Plaintiff Stacy Blain, Ph.D., in the above-captioned matter. Following January 27, 2023, I will no longer be associated with the law firm Selendy Gay Elsberg PLLC and will no longer be associated with the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Faith Gay, Yelena Konanova, and Amy Nemetz of Selendy Gay Elsberg PLLC continue to represent Plaintiff Stacy Blain, Ph.D.

Dated: New York, NY
    January 26, 2023

SELENDY GAY ELSBERG PLLC

By: /s/ *Douglas Wagner*
Douglas Wagner
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
dwagner@selendygay.com

*Attorney for Stacy Blain, Ph.D*