**BLAIN  V.  SUNY MEDICAL CENTER**

**CV-22-3022**

**PLAINTIFF:**

James Walden
Amy Nemetz
Catherine Weiss
Johnson Lin

| **COUNSEL** | **DEFENDANT** |
|---|---|
| Clement Colucci | SUNY Medical Center |
| | William Versfelt |
| Nicholas Evanovich | David Schoenhaut |
| Samuel Shapiro | Mark Stewart |
| Sara Mac Dougall | |