UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
STACY BLAIN, PH.D.,

               Plaintiff,

    -against-

STATE UNIVERSITY OF NEW
YORK, WAYNE RILEY, HEIDI
ARONIN, DAVID CHRISTINI,
VITALY CITOVSKY, RICHARD
GRONOSTAJSKI, PATRICIA KANE,
FRANK MIDDLETON, SHOSHANA
MILSTEIN, LAURIE READ, DAVID
SCHOENHAUT, MARK STEWART,
AND WILLIAM VERSFELT,

               Defendants.

--------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 22-CV-3022-FB-MMH

*Appearances:*

*For the Plaintiff:*
JIM WALDEN
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281

*For Defendant David Schoenhaut:*
NICHOLAS J. EVANOVICH
LaMarche Safranko Law, PLLC
987 New Loudon Road
Cohoes, New York 12047

*For Defendant Mark Stewart:*
SAMUEL SHAPIRO
Emery Celli Brinckerhoff & Abady
LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020

*For the Remaining Defendants:*
CLEMENT J. COLUCCI
Assistant Attorney General
State of New York
28 Liberty Street
New York, New York 10005

**BLOCK, Senior District Judge:**

Following a premotion conference on November 16, 2023, the Court directed the parties to submit 5-page letters addressing the three proposed motions to dismiss the amended complaint for failure to state a claim. As explained at a second conference on December 7, 2023, the Court deems those letters sufficient to brief the parties' respective positions on those motions and accepts them in lieu of formal briefing. Having considered the letters, the Court rules as follows:

1.      The motion of Defendants State University of New York ("SUNY"), Wayne Riley, Heidi Aronin, David Christini, Vitaly Citovsky, Richard Gronostajski, Patricia Kane, Frank Middleton, Shoshana Milstein, Laurie Read, and William Versfelt (collectively, the "SUNY Defendants") is denied. With respect to discrimination, SUNY's legal obligations obviously constitute a legitimate non-discriminatory reason for conducting the research misconduct investigation. However, there are sufficient allegations—in particular that a male graduate student was exonerated of manipulating the same data—to raise an inference that the conduct and outcome of the investigation were driven by Dr.

Blain's sex.  With respect to retaliation, the key issue is whether the investigation

committee knew about Dr. Blain's discrimination complaint.  There may or may

not be enough evidence to support her allegation, but Dr. Blain has at least alleged

that it did.

2.      The motions of Defendant David Schoenhaut and Mark Stewart are

granted.  At the December 7th conference, the Court stated that Dr. Blain had

sufficiently alleged that Dr. Schoenhaut's conduct regarding contract negotiations

was coordinated with Dr. Stewart's handling of "the investigation" in such a way

that both were being used as ways to treat Dr. Blain less favorably based on her

sex.  In honoring Dr. Stewart's counsel's request to elaborate the reasoning

regarding his client's involvement, the Court reexamined the allegations regarding

both Drs. Schoenhaut and Stewart.  Those allegations relate to Dr. Stewart's 2016

investigation into allegations of research misconduct by the male graduate student,

not the 2019 investigation that forms the crux of Dr. Blain's complaint.  The

concrete factual allegations in the amended complaint do not support the

conclusory allegation that that Dr. Stewart's 2016 investigation was tainted by

discriminatory bias against Dr. Blain.  As a result, there are insufficient factual

allegations that Dr. Schoenhaut's contract negotiations had a discriminatory motive

even if they were coordinated with Dr. Stewart's investigation.  Finally, there are

insufficient factual allegations that Dr. Stewart and Dr. Schoenhaut were involved

3

in the 2019 investigation in such a way that either could be plausibly said to have

aided and abetted any discrimination present in that investigation.

      **SO ORDERED.**


                           _/S/ Frederic Block_____
                           FREDERIC BLOCK
                           Senior United States District Judge

Brooklyn, New York
December 8, 2023.