

250 Vesey Street     wmhlaw.com
27th Floor     T: 212-335-2030
New York, NY 10281     F: 212-335-2040

January 17, 2024

**<u>Via ECF</u>**
The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:     ***Blain v. State University of New York et al.***
                  <u>**Case No. 22-cv-03022**</u>

Dear Judge Henry:

We represent Plaintiff Dr. Stacy Blain in the above-referenced matter. We write jointly with counsel for Defendant State University of New York to request permission for the below individuals to bring phones and/or laptops into the Courthouse for a mediation on January 18, 2024.

      Savannah Larson
      Stacy Blain
      Jason Mraz
      William Versfelt

A joint proposed order is attached to this letter.

                                  Respectfully submitted,

                                  *Jim Walden*
                                  Jim Walden
                                  *Attorney for Plaintiff Stacy Blain*

                                  *Clement Colucci*
                                  Clement Colucci
                                  *Attorney for State University of New York*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY BLAIN, PH.D.<br><br>         Plaintiff,<br><br>         v.<br><br>STATE UNIVERSITY OF NEW YORK, WAYNE RILEY, HEIDI ARONIN, DAVID CHRISTINI, VITALY CITOVSKY, RICHARD GRONOSTAJSKI, PATRICIA KANE, FRANK MIDDLETON, SHOSHANA MILSTEIN, LAURIE READ, DAVID SCHOENHAUT, MARK STEWART, and WILLIAM VERSFELT,<br><br>         Defendants. | Case No. 1:22-cv-03022-FB-MMH<br><br>**[PROPOSED] ORDER PERMITTING INDIVIDUALS TO BRING PERSONAL ELECTRONIC DEVICES OR LAPTOPS INTO COURTHOUSE** |

This matter having come before the Court on the application of the parties for an order permitting the below individuals to bring phones and laptops into the Courthouse for a mediation on January 18, 2024; for good and sufficient cause shown,

**WHEREFORE**, it is on this _____ day of January, 2024,

**ORDERED** that the following individuals are authorized to bring personal electronic devices and/or computers into the Courthouse for use on January 18, 2024:

Savannah Larson
Stacy Blain
Jason Mraz
William Versfelt

_____
HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE