UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY BLAIN, PH.D.<br><br>                     Plaintiff,<br><br>v.<br><br>STATE UNIVERSITY OF NEW YORK, WAYNE RILEY, HEIDI ARONIN, DAVID CHRISTINI, VITALY CITOVSKY, RICHARD GRONOSTAJSKI, PATRICIA KANE, FRANK MIDDLETON, SHOSHANA MILSTEIN, LAURIE READ, DAVID SCHOENHAUT, MARK STEWART, and WILLIAM VERSFELT,<br><br>                     Defendants. | Case No. 1:22-cv-03022-FB-MMH<br><br>[~~PROPOSED~~] **ORDER PERMITTING INDIVIDUALS TO BRING PERSONAL ELECTRONIC DEVICES OR LAPTOPS INTO COURTHOUSE** |

This matter having come before the Court on the application of the parties for an order permitting the below individuals to bring phones and laptops into the Courthouse for a mediation on January 18, 2024; for good and sufficient cause shown,

**WHEREFORE**, it is on this __17th__ day of January, 2024,

**ORDERED** that the following individuals are authorized to bring personal electronic devices and/or computers into the Courthouse for use on January 18, 2024:

    Savannah Larson
    Stacy Blain
    Jason Mraz
    William Versfelt

                                                *Marcia M. Henry*
                                          HONORABLE MARCIA M. HENRY
                                          UNITED STATES MAGISTRATE JUDGE