

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

February 21, 2025

**Via ECF**
The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Blain v. State University of New York Downstate Medical Center et al.***
**Case No. 22-cv-03022-FB-MMH**

Dear Judge Henry,

The Parties write to provide a joint status report, as ordered by the Court on December 4, 2024. *See* Minute Entry, dated December 4, 2024. We discuss the status of three issues below.

First, Plaintiff Stacy Blain sent a settlement demand letter to Defendants on November 11, 2024. The Court ordered Defendants to respond by January 17, 2025. *See* Minute Entry, dated December 4, 2024. On January 15, 2025, Defendants responded to our demand letter and declined to revise their earlier counteroffer. As a result, the Parties have not had substantive settlement discussions.

Second, the Parties have been meeting and conferring to resolve, among other things, problems with metadata in cell phone messages that Defendants produced. The Parties conferred as recently as February 12, 2025. Defendants are continuing to work to resolve these problems.

Third, Plaintiff has sought documents relating to a newly issued report from a second investigation into other allegations of research misconduct that exonerates Plaintiff of any finding of research misconduct, citing only minor issues. We have sought additional exculpatory evidence and documents related to this investigation, including interview summaries and drafts of, and correspondence concerning, the report. Defendants have not yet responded to the request.

The Parties plan to take depositions after document productions are complete. The Parties have met and conferred about the number of depositions necessary in this case. After our final meet-and-confer on this topic, we will brief the Court.

Thank you for your Honor's attention to this matter.

Sincerely,

*signature: Milton Williams*

Milton L. Williams
*Attorney for Plaintiff Stacy Blain*