

**Office of the New York State Attorney General**

**Letitia James Attorney General**

March 28, 2025

**Via ECF**

Hon. Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Blain v. SUNY, et al., 22-cv-3022 (FB) (MMH)**

Your Honor:

    A telephone status conference is currently scheduled for Monday, April 7, 2025 at 11:00 a.m. (ECF no. 141). With the consent of plaintiff's counsel, I request that the conference be rescheduled because I am unavailable on that date due to two separate medical appointments. Counsel for all sides will be available that week on April 8, April 9 after 4:00 p.m., and April 11, before 2:00 p.m.

    This is the first request for an adjournment of the conference.

    Thank you for your attention to these matters.

                                  Sincerely,

                                  *Clement J. Colucci*
                                  CLEMENT J. COLUCCI
                                  Assistant Attorney General
                                  212-416-8634
                                  Clement.Colucci@ag.ny.gov